# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| RICHARD ANDERSON | § | |
| | § | |
| V. | § | CASE NO. 4:10cv68 |
| | § | (Judge Schneider/Judge Mazzant) |
| WAL-MART STORES, INC. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On May 13, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motions for Permanent Change of Venue be be denied.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Plaintiff's Motions for Permanent Change of Venue (Dkt. #19 and #21) are DENIED.

**IT IS SO ORDERED.**

**SIGNED** this 3rd day of June, 2010.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE